UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Menorah Campus, Inc. *dba*
The Harry and Jeanette Weinberg Campus, et al.,

Chapter 11

Case No. 25-10127 (CLB)
(Jointly Administered)

Debtors,

# RANDI DRESSEL'S OBJECTION TO THE FOUNDATION FOR JEWISH PHILANTHROPIES, INC.'s MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

Randi Dressel ("Dressel"), by and through her undersigned counsel, hereby opposes the *Foundation for Jewish Philanthropies, Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)* (the "Motion for Relief") [Doc. 184] as follows:

1. Dressel joins in the objections and oppositions filed by Sodexo Operations, LLC ("Sodexo") [Doc. 196] and by Menorah Campus, Inc. (the "Debtor") [Doc. 197] to the Foundation for Jewish Philanthropies' ("FJP") motion to lift the automatic stay so it can proceed with a foreclosure action against 471 John James Audubon Parkway, Amherst, New York (the "Property").

2. Like Sodexo, Dressel holds a subordinate unpaid mortgage against the Property. A copy of Ms. Dressel's mortgage, which was filed November 24, 2023, is attached as **Exhibit A.**

3. Pursuant to a settlement agreement between Debtor and to Ms. Dressel, Debtor granted Ms. Dressel a mortgage against the Property in the amount of $854,726.57 as security for Debtor's payment obligations to Ms. Dressel under the settlement agreement.

4. Debtor failed to make any payments under the settlement agreement and owes the full amount of the underlying debt, plus all applicable interest.

5. For the reason set forth in Sodexo's and Debtor's opposition and objection, the Court should deny FJP's motion to lift the stay as it relates to the Property.

## CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, hereby certify that on this 27th day of June, 2025, I caused a true and correct copy of the foregoing to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom. The document is available for viewing and downloading. I further certify that I caused a true and correct copy of the foregoing to be served upon the parties on the attached Service List via electronic mail.

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff

# SERVICE LIST

Kevin R. Lelonek, Esquire
John K. Rottaris, Esquire
Gross Shuman P.C.
465 Main Street, Suite 600
Buffalo New York, 14202
klelonek@gross-shuman.com
jrottaris@gross-shuman.com

Joseph W. Allen, Esquire
The Office of the United State Trustee
for Region 2: Western District of
New York (Buffalo Division)
Attn: Joseph W. Allen, Esquire
USTPRegion02.bu.ecf@usdoj.gov

David Ferguson, Esquire
James H. Pulliam, Esquire
Polsinelli Law Firm
555 Fayetteville Street
Raleigh, North Carolina 27601
dferguson@polsinelli.com
jpulliam@polsinelli.com

Raymond L. Fink, Esquire
Lippes Mathias LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Rfink@lippes.com

Mary Clare Kane, Esquire
IRS at the United States Attorney's Office
Western District of NY, Buffalo Office
138 Delaware Avenue
Buffalo, New York 14202
mary.kane@usdoj.gov

Keyashia Monae Willis, Esquire
Barclay Damon LLP
Barclay Damon Tower 125 E. Jefferson Street
Syracuse, NY 13202
kwillis@barclaydamon.com

Jenny Park, Esquire
Mai Lan G. Rodgers, Esquire
Pension Benefit Guaranty Corporation
445 12th Street, S.W.
Washington, DC 20024
park.jenny@pbgc.gov
rodgers.mailan@pbgc.gov

James C. Thoman, Esquire
Hodgson Russ LLP
Guaranty Building
140 Pearl Street
Buffalo, NY 14202
jthoman@hodgsonruss.com

Robert D Hooks, Esquire
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604
rhooks@woodsoviatt.com

Peter J Glennon, Esquire
Lauren Valle, Esquire
The Glennon Law Firm, P.C.
160 Linden Oaks Drive
Rochester, NY 14625
pglennon@glennonlawfirm.com
lvalle@glennonlawfirm.com

Jonathan M Horne, Esquire
Kevin Tompsett, Esquire
Thomas S Vangel, Esquire
Harris Beach Murtha Cullina PLLC
33 Arch Street
12th Floor
Boston, MA 02110
jhorne@harrisbeachmurtha.com
ktompsett@harrisbeachmurtha.com
tvangel@harrisbeachmurtha.com

James C. Thoman, Esquire
Hodgson Russ LLP
Guaranty Building
140 Pearl Street
Buffalo, NY 14202
jthoman@hodgsonruss.com

Angela Z. Miller
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
amiller@phillipslytle.com

Andrew O. Miller, Esquire
Webster Szanyi LLP
424 Main Street, Suite 1400
Buffalo, NY 14202
amiller@websterzanyi.cm